FILED

AUG 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 02-5419 OWW |
| | NEW CASE NO. ~~CV~~ CR F 02-5419-LJO |
| Plaintiff, | **ORDER TO RELATE AND REASSIGN CASE** |
| vs. | |
| FRANCISCO JAVIER ANDRADE-ALVARDO, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 10-309-1 LJO |
| Plaintiff, | **ORDER TO RELATE CASE** |
| vs. | |
| FRANCISCO JAVIER ANDRADE-ALVARADO, | |
| Defendant. | |

On the basis of good cause, and pursuant to Local Rule 123, this Court REASSIGNS *United States v. Francisco Javier Andrade-Alvarado*, Case No. 1:02-cr-5419 OWW from United States District Judge Oliver W. Wanger to United States District Judge Lawrence J. O'Neill. All further papers shall bear the new case number **CR-F-02-5419 LJO.**

///

///

1

In addition, this Court DIRECTS the clerk of court to RELATE the above captions cases, and to FILE this order on the docket of both actions.

IT IS SO ORDERED BY TRANSFERRING JUDGE

Dated: August 3, 2010

UNITED STATED DISTRICT JUDGE

IT IS SO ORDERED BY ACCEPTING JUDGE

Dated: August 3, 2010

UNITED STATED DISTRICT JUDGE

2